ACCEPTED
03-15-00521-CV
8424233
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 1:29:05 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00521-CV

_____

# In the Court of Appeals for the Third Judicial District Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/31/2015 1:29:05 PM
JEFFREY D. KYLE
Clerk

_____

**Roger Fay,**
*Appellant-Plaintiff,*

v.

**Texas A&M University; Geochemical and Environmental Research Group; The College of Geosciences and Maritime Studies; Dr. Ray Bowen; Dr. Robert Duce; Dr. Norman Guinasso; Dr. Roger Sassen; and Dr. David Schink,**
*Appellees-Defendants.*

_____

On Appeal from the 200TH Judicial District Court of Travis County, Texas
Honorable Amy Clark Meacham, Presiding

_____

## APPELLEES' RESPONSE TO APPELLANT'S MOTION TO REINSTATE APPEAL

_____

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

LAURA A. BARBOUR
Texas Bar No. 24069336
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone (512) 463-0447
Fax (512) 320-0667

ATTORNEYS FOR APPELLEES

Even if this Court accepts as true all of the conclusory statements in Appellant Roger Fay's Motion to Reinstate Appeal ("Motion"), Appellant Fay still fails to provide this Court with an adequate basis to reverse the Court's dismissal of his appeal because once Appellant paid the appropriate fee to have the clerk's record transmitted to the Court of Appeals, his brief was due within 30 days, as specified by Texas Rule of Appellate Procedure 38.6.

Fay's counsel, Brian Cantrell, contends that he "never received notice of a briefing schedule or any other communication from the Court due to a problem with Counsel's electronic mail system." (Motion ¶ 2.) Mr. Cantrell was, however, apparently receiving correspondence from the trial court, as evidenced by the payment of costs for the clerk's record on September 22, 2105. (Exhibit A.) Also on September 22, 2015, the clerk's record was transmitted to this Court as a result of the payment, as evidenced by the attached confirmation filed in the District Court of Travis County. (Exhibit B.)

Texas Rule of Appellate Procedure 38.6 states that "an appellant must file a brief within 30 days . . . after the later of: (1) the date the clerk's record was filed . . . ." Accordingly, as of September 22, 2015, Mr. Cantrell was aware that the clerk's record had been filed because: (1) someone paid

$539.00 to have the clerk's record transferred on behalf of Appellant Fay, and (2) there is no evidence to suggest Mr. Cantrell did not receive the notice of transmission filed in the district court. Consequently, under Rule 38.6, Appellant Fay had until October 22, 2015 to either file his brief or move for an extension of that deadline.

Even absent any other correspondence from this Court, as the party pursuing the appeal, Appellant knew—at the very least—that he had to file an appeal in accordance with the schedule set forth in the Texas Rules of Appellate Procedure. Moreover, absent any other correspondence from this Court, Mr. Cantrell's purported electronic mail issues did not prevent him from calling the Court or checking the "Case Information" available publicly online: http://www.search.txcourts.gov/Case.aspx?cn=03-15-00521-CV&coa=coa03.

The party whose action starts the clock should not later be permitted to claim ignorance of the standard deadlines that result from that party's action. Accordingly, Defendants Texas A&M University, Geochemical and Environmental Research Group, The College of Geosciences and Maritime Studies, Dr. Ray Bowen, Dr. Robert Duce, Dr. Norman Guinasso, Dr. Roger

Sassen, and Dr. David Schink respectfully request that the Court deny Appellant's Motion to Reinstate Appeal.

## PRAYER

For the foregoing reasons, this Court should deny Appellant's Motion to Reinstate Appeal.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

*/s/ Laura A. Barbour*
LAURA A. BARBOUR
Texas Bar No. 24069336
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-0447
(512) 320-0667 fax
laura.barbour@texasattorneygeneral.gov

*Attorneys for Appellees-Defendants*
*Texas A&M University, Geochemical*
*and Environmental Research Group,*
*The College of Geosciences and*
*Maritime Studies, Dr. Ray Bowen,*
*Dr. Robert Duce, Dr. Norman Guinasso,*
*Dr. Roger Sassen and Dr. David Schink*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served electronically through the electronic filing manager in accordance with Tex. R. App. P. 9.5(b)(1) and via facsimile transmission on the 31st day of December 2015, to:

C. Bryan Cantrell
CANTRELL, RAY & BARCUS, L.L.P.
P. O. Box 1019
Huntsville, Texas 77342
Fax: (936) 730-8535

*Counsel for Appellant-Plaintiff Roger Fay*

/s/ Laura A. Barbour
LAURA A. BARBOUR
Assistant Attorney General



**DISTRICT CLERK, TRAVIS COUNTY TEXAS - CIVIL DIV CREDIT CARD**
**VELVA L. PRICE**

**DUPLICATE RECEIPT: 12-29-2015**

**RECEIPT #:** 4  000011660
**RECEIVED OF:** FAY ROGER
**PART. ID:** 663786
**BY CLERK:** HELEN
**CHECKS:**

**DATE:** 09-22-2015

**TIME:** 08:55:48
**MEMO:** ONLINE PAYMENT
REF#5131010532

$0.00

| | CASH | CREDIT | CHANGE | OTHER | | |
|---|---|---|---|---|---|---|
| | $0.00 | $539.00 | $0.00 | $0.00 | | |

| CASE NUMBER | EVENT | | TAX NO. | AMOUNT |
|---|---|---|---|---|
| | 539 | PMT:CLERKS RECORD | | $539.00 |
| D-1-GN-97-008888 | | | | |
| FAY VS TEXAS A&M UNI | | | | |
| PARTY: FAY ROGER | | | | |

**TOTAL RECEIPT...**  $539.00

PLEASE KEEP THIS RECEIPT FOR YOUR RECORDS
STREET ADDRESS:          MAILING ADDRESS:
1000 GUADALUPE, STE. 302     P.O. BOX 679003
AUSTIN, TX  78701          AUSTIN, TX  78767-9003

Exhibit A

## TAMES RECORDS SUBMISSION PORTAL - RSP

User Help    Send Document    Reports    My Account    Log Out

Confirmation – Please Print this Form

Files have been successfully sent! Your trace number is [4271].

*It is strongly recommended that you print this confirmation message and keep it for your records as it is the only record of what you sent. This confirmation message cannot be re-displayed once this form is closed.*

### Send Document
Fields marked with an asterisk (*) are required.

### Transaction Details

| | |
|---|---|
| Trace Number 4271 | Date/Time Sent 9/22/2015 10:45:54 AM |
| Sender Chloe Jimenez | Sender Type 2 |
| Phone Number 512-854-4309 | Email Chloe.Jimenez@traviscountytx.gov |

*Filed in The District Court of Travis County, Texas*

*At SEP 22 2015 10:45 A.M.*

*Velva L. Price, District Clerk*

### Appellate Case Information

Appellate Court Name * [3rd Court of Appeals ▼]    Appellate Case # [03-15-00521-CV]

Appellate Style [ ]

### Document / Fee Information

Document Type * [Clerk's Record ▼]    Sent on Behalf Of [ ]

Record Cost [ ]

Payment Received From [ ]

Payment Status [- Select - ▼]

Document Description [ ]

**ORIGINAL**

### Trial Court Information

Trial Court County * [Travis ▼]

Trial Court Name * [200th District Court ▼]

Trial Court Case/Cause # * [D-1-GN-97-008888]

Trial Court Style * [ROGER FAY vs. TEXAS A & M UNIVERSITY]

### File List

*Note: Valid file types include pdfs and audio/video files. File size limit for PDFs is 100MB. File size limit for Audio/Video files, as well as the cumulative file size limit for the total of files being transferred, is 2GB.*

Uploaded files:

| Sealed File | File Description | File Name | File Size (Bytes) |
|---|---|---|---|
| No | no | D-1-GN-97-008888_clerksrecord.pdf | 22078455 |

*Unofficial copy Travis Co. District Clerk Velva L. Price*

Exhibit B